IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*,[1] | Bankruptcy Case No. 00-2426 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE POWER SYSTEMS, Defendant. | Civil Action No. 04-607 GMS<br><br>Adversary Case No. 03-50496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE INDUSTRIAL SYSTEMS, Defendant. | Civil Action No. 04-608 GMS<br><br>Adversary Case No. 03-50497 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE ELECTRIC LIGHTING, Defendant. | Civil Action No. 04-609 GMS<br><br>Adversary Case No. 03-50498 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE CORPORATE R&D, Defendant. | Civil Action No. 04-611 GMS<br><br>Adversary Case No. 03-50500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>G E SUPPLY, Defendant. | Civil Action No. 04-613 GMS<br><br>Adversary Case No. 03-50502 PJW |

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE ELECTRICAL DISTRIBUTION AND CONTROL, *et al.*, Defendant. | Civil Action No. 04-614 GMS<br><br>Adversary Case No. 03-50504 PJW |

**NOTICE OF COURT ORDERED STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY PROCEEDINGS SCHEDULED FOR STATUS/SCHEDULING TELEPHONE CONFERENCE ON THURSDAY, OCTOBER 14, 2005 AT 10:00 A.M.**

**Toll Free Dial In Number: (888) 422-7105  Participant Code: 856719**

PLEASE TAKE NOTICE that InaCom Corp., on behalf of all affiliated Debtors and the Plaintiff in the above-captioned cases, hereby submits the attached status report with respect to the matters set for hearing on October 14, 2005. (See Exhibit A attached hereto). Any party who chooses to participate in the status conference should dial-in approximately ten minutes prior to the conference start time using the above information.

Dated: October 11, 2005        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                & WEINTRAUB P.C.


                                /s/ Laura Davis Jones
                                _____
                                Laura Davis Jones (Bar No. 2436)
                                Sandra G.M. Selzer (Bar No. 4283)
                                919 North Market Street, 16th Floor
                                P.O. Box 8705
                                Wilmington, Delaware 19899-8705 (Courier 19801)
                                Telephone: (302) 652-4100
                                Facsimile: (302) 652-4400

                                Andrew W. Caine (CA Bar No. 110345)
                                Jeffrey P. Nolan (CA Bar No. 158923)
                                10100 Santa Monica Blvd., Suite 1100
                                Los Angeles, California 90067
                                Telephone: (310) 277-6910
                                Facsimile: (310) 201-0760

                                Counsel for the Plaintiffs/Debtors

# Exhibit A

## ACCOUNTS RECEIVABLE MATTERS

| Civil Action No. | Defendants Name | Status |
|---|---|---|
| 04-607 | GE Power Systems, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-608 | GE Industrial Systems, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-609 | GE Electric Lighting, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-611 | GE Corporate R&D, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-613 | GE Supply, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-614 | GE Electrical Distribution And Control, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |

## CERTIFICATE OF SERVICE

I, Sandra G.M. Selzer, hereby certify that on this __11__ day of October 2005, I caused a true and correct copy of the foregoing *Notice Of Court Ordered Status Report With Respect To Certain Adversary Proceedings Scheduled For Status/Scheduling Telephone Conference On Thursday, October 14, 2005 at 10:00 a.m.* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

                                          Sandra G.M. Selzer (Bar No. 4283)

**InaCom Corp. v. GE [companies] Service List**
Document No. 112128
02 – Hand Delivery
01 – Overnight Delivery

**Hand Delivery**
(Counsel for General Electric Company; GE Corporate R&D)
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for GE Supply; GE Electric Lighting; GE Electrical Distribution And Control, a/k/a General Electric Company; GE Industrial Systems, a/k/a General Electric Company; GE Power Systems, a/k/a General Electric Company)
Brian E. Farnan, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

**Overnight Delivery**
(Counsel for GE Supply; GE Electric Lighting; GE Electrical Distribution And Control, a/k/a General Electric Company; GE Industrial Systems, a/k/a General Electric Company; GE Power Systems, a/k/a General Electric Company)
Glenn M. Reisman, Esquire
Glenn M. Reisman Law Offices
Two Corporate Drive, Suite 648
Shelton, CT  06484-0861